UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Regine Ndifor,                                                         Civ. No. 19-0005 (SRN/BRT)

                Plaintiff,

v.

Sterling Medical Corporation, and                        **ORDER**
St. Clairsville Medical Group,

                Defendants.

---

On March 25, 2019, Plaintiff filed a motion to amend the Complaint (Doc. No. 28), which was granted by the Court. Because an Amended Complaint has been filed in accordance with the Federal Rules of Civil Procedure, the Court finds that Defendants' pending motion to dismiss is now moot. Also, because Defendants appeared in this case bringing a motion to dismiss in lieu of an answer, and counsel for both Defendants have made an appearance, Plaintiff's prior request for default judgment is denied. In addition, in light of Plaintiff proceeding in this case with an Amended Complaint, and her request for a jury trial before this Court, the Court finds Plaintiff's prior request for a remand abandoned. The above three motions thus need no longer be referred to the Magistrate Judge, and the Court makes the following order based on the current procedural posture of the case.

**IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss [Doc. No. 18] is **DENIED AS MOOT**;

2. Plaintiff's request for default judgment [Doc. No. 12] is **DENIED**; and

3. Plaintiff's request for remand [Doc. No. 7] is **DENIED** as abandoned.

Date: April 3, 2019

                                                    s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge